IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEC HELIPORTS, LLC | CIVIL ACTION NO. 15-4827 |
| VERSUS | SECTION____ |
| HORNBECK OFFSHORE OPERATORS, LLC | MAGISTRATE _____ |
| | Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure – ADMIRALTY |

**COMPLAINT**

FEC Heliports, LLC ("FEC Heliports"), an Ohio limited liability company doing business in the State of Louisiana, as Plaintiff, files this Complaint and submits the following:

1.

Defendant herein is Hornbeck Offshore Operators, LLC, a subsidiary of Hornbeck Offshore Services, Inc. ("Hornbeck Offshore"), a Deleware limited liability company doing business in the State of Louisiana with its principal place of business in Covington, Louisiana.

2.

M/V HOS Bayou ("Bayou"), IMO number 9647681, is a vessel owned and/or operated by Hornbeck Offshore that is or will be located within this district during the pendancy of this action.

3.

M/V HOS Riverbend ("Riverbend"), IMO number 9647679, is a vessel owned and/or operated by Hornbeck Offshore that is or will be located within this district during the pendancy of this action.

4.

The subject matter jurisdiction of this court arises under 28 U.S.C.A. 1333 and venue is proper in the Eastern District of Louisiana. This claim is hereby designated an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

5.

Deendant Hornbeck Offshore owes FEC Heliports $1,391,829.22, reasonable attorneys fees, judicial interest from the date the amounts were due until paid, and all costs of these proceedings for the following:

6.

FEC Heliports and Hornbeck Offshore entered into agreements for the design, manufacture and installation of heliports on two Hornbeck Offshore vessels, the Bayou and the Riverbend (the "Agreements").

6.

Pursuant to the Agreements, FEC Heliports designed, manufactured and installed heliports on the Bayou and Riverbend and periodically invoiced Hornbeck for amounts owed for the heliports.

7.

Hornbeck Offshore failed to pay the invoices for the work performed on the Bayou and it failed to pay a portion of the invoices for the work performed on the Riverbend.

8.

Specifically, Hornbeck Offshore failed to pay a June 18, 2014 invoice for work on the Bayou heliport totalling $1,004,000.00 and a May 5, 2015 invoice for work on the Bayou heliport totalling $357,829.22.

9.

Hornbeck Offshore also failed to pay $30,000.00 shipping costs billed in a May 5, 2015 invoice related to work on the Rivebend heliport.

2

10.

As shown in Exhibit "A" attached hereto and made a part hereof, FEC Heliports caused written demand for payment which included previously mailed invoices, damanding payment for the outstanding invoiced amounts owed as of June 30, 2015 to be mailed via certified mail, return receipt requested, to Hornbeck Offshore at its billing address more than thirty (30) days prior to filing suit.

11.

Hornbeck Offshore has failed and refused to pay the amount owed FEC Heliports as shown on the attached Exhibit "A" despite amicable demand.

12.

The heliport work on the Bayou and Rivebend constitute vessel necessities creating maritime liens on the Bayou and Riverbend under the Federal Maritime Lien Act, 46 U.S.C.A. § 31342, for amounts owed.

WHEREFORE, FEC Heliports prays that after all due proceedings are had, there be judgement in favor of FEC Heliports against Hornbeck Offshore in the sum of $1,391,829.22, reasonable attorneys fees, judicial interest from the date due until paid, all costs of these proceedings with interest until paid, and such other relief as is just.

Respectfully submitted,

PLAUCHÉ & CARR, L.L.P.

BY: s/ George C. Plauché
GEORGE C. PLAUCHÉ (23260)
130 Audubon Blvd., Suite 102 (70503)
P.O. Drawer 52806
Lafayette, LA 70505
Telephone: (337) 237-1213
Facsimile: (337) 233-9095

ATTORNEYS FOR FEC HELIPORTS, LLC